IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40529
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT L. LOREDO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-99-CR-17-1
--------------------
February 13, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Robert L. Loredo appeals his guilty-plea conviction for one count of being a felon in possession of a firearm. He contends that there was an insufficient factual basis to support his plea and that this court should reconsider its jurisprudence regarding the constitutionality of 18 U.S.C. § 922(g) in light of Jones v. United States, 120 S. Ct. 1904 (2000) and United States v. Morrison, 120 S. Ct. 1740 (2000).

"This court has repeatedly emphasized that the constitutionality of § 922(g)(1) is not open to question." See

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

United States v. De Leon, 170 F.3d 494, 499 (5th Cir.), cert. denied, 120 S. Ct. 156 (1999).  The cases cited by Loredo do not affect this determination.  Consequently, the judgment of the district court is AFFIRMED.